UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| Case Title : | Walter Allen Fogler and Julie Ann Holt | Case No : | 08−17858 − A − 13 |
| | | Date : | 2/5/09 |
| | | Time : | 09:00 |
| Matter : | [14] − Motion/Application to Value Collateral of American Servicing Company [PLG−1] Filed by Debtor Walter Allen Fogler, Joint Debtor Julie Ann Holt (jflf) [14] − Motion/Application to Avoid Lien of American Servicing Company [PLG−1] Filed by Debtor Walter Allen Fogler, Joint Debtor Julie Ann Holt (jflf) | | UNOPPOSED |
| Judge : | Whitney Rimel | | |
| Courtroom Deputy : | Gay Parker | | |
| Reporter : | Linda Gorman | | |
| Department : | A | | |

APPEARANCES for :
Movant(s) :
Respondent(s) :

MOTION was :

The matter is resolved without oral argument. The court's records indicate that no timely written opposition has been filed. The motion is granted.